IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | *  BANKRUPTCY CASE NO: 10-72782-MHM |
| KAREN HAYES AKPALY, | * |
| | *  CHAPTER 13 |
| DEBTOR, | * |
| | * |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

**COMES NOW, SCHUYLER ELLIOTT** as counsel for Consumer Solutions Automotive, Inc. In the above-styled Chapter 13 Case, and pursuant to Bankruptcy Rules 2002, 9007, 9010 and Bankruptcy Code Sections 102(a) and 342, hereby requests that the Clerk of the Court give said Creditor, through its undersigned counsel at the address set forth below, all notices given or required to be given in this case, be given to and served upon the undersigned at the following address: Schuyler Elliott, Attorney at Law, 2024 Beaver Ruin Road, Norcross, Georgia 30071.

This 16th day of June, 2010.

/s/
Schuyler Elliott, Bar #244002
Attorney for Danco Financial, Inc.
2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Debtors Notice upon counsel and parties listed below, by depositing same in the United States Mail with adequate postage affixed thereto to assure delivery, addressed as follows:

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Yolvondra Martin
The Martin Law Group, LLC
Suite 117
1935 Cliff Valley Way
Atlanta, GA 30329-2435

Karen Hayes Akpaly
137 Palisade Point Drive
Ellenwood, GA 30294

This 16th day of June, 2010.

Sincerely,

/s/
Schuyler Elliott

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999

3